590

respondent.

No. 374. NEW YORK v. MACLAY ET AL., RECEIVERS, ET AL. October 24, 1932. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit granted. Messrs. Charles A. Schneider and Robert P. Beyer for petitioner. Solicitor General Thacher, Assistant Attorney General Youngquist, and Messrs. Whitney North Seymour, Sewall Key, Hayner N. Larson, and Wm. H. Riley, Jr., for respondents.

No. 388. SPICER v. SMITH, SPECIAL DEPUTY BANKING COMMISSIONER. October 24, 1932. Petition for writ of certiorari to the Court of Appeals of Kentucky granted. Messrs. Wm. Marshall Bullitt, O. H. Pollard, and Leo T. Wolford for petitioner. Mr. Jesse I. Miller for respondent.

No. 393. FEDERAL TRADE COMMISSION v. ROYAL MILLING CO. ET AL. OCTOBER 24, 1932. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit granted. Solicitor General Thacher, Assistant to the Attorney General O'Brian, and Messrs. Whitney North Seymour, Wm. G. Davis, Robert E. Healy, and Martin A. Morrison for petitioner. Mr. Thomas H. Malone for respondents.

No. 423. LEVERING & GARRIGUES CO. ET AL. v. MORRIN ET AL. November 7, 1932. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit granted limited to the question of federal jurisdiction other than questions relating to diversity of citizenship.